FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 31 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ERIC LEE ADAMS JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 1:23-CV-04295-ELR-RDC |
| | ) |
| WESTLAKE PORTFOLIO | ) |
| MANAGEMENT, LLC, | ) |
| Defendant. | ) |
| | ) |

## MOTION TO COMPEL DEFENDANT TO PROPERLY SERVE PLAINTIFF

Plaintiff hereby requests this Honorable Court to compel the Defendant to properly serve Plaintiff in accordance with Local Rule 5 and the Federal Rules of Civil Procedure. Plaintiff is not registered on the courts ECF system and has had to pay out of pocket costs in order to view what has taken place in the case. Continuing to pay out of pocket in order to view the filings from Defendant is prejudicial to the Plaintiff.

Wherefore, Plaintiff respectfully requests that this Honorable Court compel the Defendant to properly serve the Plaintiff in accordance with Local Rule 5 and the Federal Rules of Civil Procedure.

1

Respectfully Submitted,

*Eric Lee Adams Jr*
1650 Anderson Mill Rd. Apt 14204
Austell, GA 30106
ericadams452@gmail.com
(404)-580-2820

## CERTIFICATE OF SERVICE

I, the undersigned, Plaintiff, do hereby certify that I have this day filed this Motion to Compel with the United States District Court Northern District of Georgia Atlanta Division and mailed, by Certified Mail, a true and correct copy of the above and foregoing Motion to Compel to the defendant below:

Counsel of Westlake Portfolio Management,LLC

285 Peachtree Center Avenue

Marquis II Suite 1650

Atlanta, GA 30303

DATED, this the 31st day of July, 2024.