IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ERIC ADAMS, | * | |
| | * | |
| Plaintiff and Counter | * | |
| Defendant, | * | |
| | * | |
| v. | * | 1:24-CV-04295-ELR-RDC |
| | * | |
| WESTLAKE PORTFOLIO | * | |
| MANAGEMENT, LLC, | * | |
| | * | |
| Defendant and Counter | * | |
| Claimant. | * | |
| | * | |

_____

**O R D E R**

_____

This case is before the Court on Magistrate Judge Regina D. Cannon's Non-Final Report and Recommendation ("R&R"). [Doc. 49]. The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." See 28 U.S.C. § 636(b)(1); see also FED. R. CIV. P. 72(b)(3). No objections to the Magistrate Judge's R&R have been filed, and therefore, the Court has reviewed the R&R for clear error. See Thomas v. Arn, 474 U.S. 140, 154 (1985); Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006); see also Tauber v. Barnhart, 438 F. Supp. 2d 1366, 1373 (N.D. Ga. 2006). The Court finds no error.

Accordingly, the Court **ADOPTS** the R&R as the opinion of this Court. [Doc. 49]. For the reasons stated in the R&R, the Court **DENIES** Plaintiff's motion for emergency injunctive relief [Doc. 28], **GRANTS** Defendant's motion to amend [Doc. 35], **DENIES AS MOOT** Plaintiff's first motion to dismiss [Doc. 29], **DENIES** Plaintiff's second motion to dismiss [Doc. 36], and **DENIES AS MOOT** Plaintiff's motion to compel service [Doc. 44]. Additionally, the Court **ORDERS** Defendant to properly serve Plaintiff with all papers going forward.

**SO ORDERED**, this 11th day of October, 2024.

*Eleanor L. Ross*
_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia